# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Grace Hall, et al., | No. CV-19-00339-PHX-DJH |
| Plaintiffs, | **ORDER** |
| v. | |
| Gannett Company Incorporated, | |
| Defendant. | |

Before the Court is the parties' Joint Motion to Transfer Venue (Doc. 25) to the Western District of Kentucky. Having reviewed the parties' Motion, and pursuant to 28 U.S.C. § 1404(a),

**IT IS ORDERED** that the Motion to Transfer Venue (Doc. 25) is **granted**.

**IT IS FURTHER ORDERED** that this case be transferred to the Western District of Kentucky.

**IT IS FINALLY ORDERED** that the Rule 16 Scheduling Conference scheduled for April 19, 2019 is **vacated**.

Dated this 15th day of April, 2019.

Honorable Diane J. Humetewa
United States District Judge